IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                  3:21-CR-00024-01-JM

ROBERT LANCE WALKER

## ORDER

Defendant's Motion for Compassionate Release (Doc. No. 123) is DENIED. He seeks release to home confinement based on ineffective assistance of counsel, childhood trauma, a history of substance abuse, mental illness, medical conditions, and rehabilitation. None of these reasons – independently or combined – present extraordinary and compelling reasons warranting a sentence reduction in this case. Additionally, after considering all the 18 U.S.C. § 3553(a) factors and the specific facts of this case, Defendant's current sentence is sufficient, but not greater than necessary, to comply with sentencing goals.

IT IS SO ORDERED, this 12th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE